IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHRISTOPHER CLARK § | |
| § | |
| Plaintiff, § | |
| § | |
| § | |
| v. § | |
| § | CIVIL ACTON NO. 2:11-cv-00226-df |
| § | |
| RUSTY L. HUNT, and § | |
| BRADY WELDING & § | |
| MACHINE SHOP, INC. § | |
| § | |
| Defendants. § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

COME NOW, Christopher Clark, Plaintiff and Rusty L. Hunt and Brady Welding & Machine Shop, Inc., Defendants, and file this their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

**I.**

The parties, by and through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally settled. Plaintiff no longer desires to prosecute his suit against Defendants.

**II.**

Accordingly, all parties move this Court to dismiss all claims asserted or which could have been asserted by Plaintiff against Defendants with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants respectfully request the Court enter their Agreed Order of Dismissal with Prejudice and for such other and further relief, at law or in equity, to which they may be justly entitled.

Respectfully submitted,

DOWNS & STANFORD, P.C.

By: /s/ Darren Marlowe
_____
Darren Marlowe
State Bar No. 24042688
2001 Bryan Street, Suite 4000
Dallas, Texas 75201
(214) 748-7900
(214) 748-4530
dmarlowe@downsstanford.com

**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing instrument has been served upon counsel of record on this the 28th day of August 2012, via:

\_\_\_\_\_ certified mail, return receipt requested
\_\_X\_\_ facsimile
\_\_\_\_\_ hand delivery
\_\_\_\_\_ first class mail.

                                                          /s/ Darren Marlowe
                                                      _____
                                                      Darren Marlowe