IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CHRISTOPHER CLARK | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTON NO. 2:11-cv-00226-df |
| | § | |
| RUSTY L. HUNT, and | § | |
| BRADY WELDING & | § | |
| MACHINE SHOP, INC. | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court has been requested to dismiss the above numbered and styled cause with prejudice. After consideration of the pleadings on file and request of the parties for a dismissal with prejudice, the Court finds that an Order of Dismissal with Prejudice should be entered.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that any and all claims asserted in this cause by Plaintiff Christopher Clark against Defendants Rusty L. Hunt and Brady Welding & Machine Chop, Inc. are hereby dismissed with prejudice to the re-filing of same. This Order fully and finally concludes this case. All relief not expressly granted herein is hereby denied and all attorneys' fees and Court costs are taxed against the party incurring same.

**IT IS SO ORDERED.**

**SIGNED this 29th day of August, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

**APPROVED AND AGREED:**

/s/ Casey Q. Carlile   /s/ Darren Marlowe

_____   _____

Casey Q. Carlile   Darren Marlowe
Carlile Craig, LLP   DOWNS STANFORD, P.C.
400 S. Alamo Boulevard   2001 Bryan Street, Suite 4000
Marshall, Texas 75670-4260   Dallas, Texas 75201
*Counsel for Plaintiff*   *Counsel for Defendants*